IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEVEN REID-DOUGLAS, : Case No. 4:09-cv-00576
 Plaintiff :
  : (Judge Brann)
 v. :
  :
JOHN MAYER, et al. :
 Defendants. :

**ORDER**

AND NOW, this 8th day of November, 2013, it is hereby ORDERED in

accordance with a memorandum of this same date:

1. The motions of defendants Cona J. Conaboy, Ruth Coulthard, John Mayer,

 Mike Moskwa, Jr., and Mike Mallick for summary judgment are DENIED.

2. The motions of Alexia Moritzkat, Correctional Care, Inc.,  and Lackawanna

 County Prison for summary judgment are GRANTED.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge